# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 05-1569

———————

United States of America,           *

                              *

           Appellee,        *

                              *   Appeal from the United States

     v.                     *   District Court for the

                              *   Western District of Missouri.

Bobby Joe Simms,            *

                              *       [UNPUBLISHED]

           Appellant.      *

———————

Submitted: April 2, 2007
Filed: April 11, 2007

———————

Before RILEY, HANSEN, and MELLOY, Circuit Judges.

———————

PER CURIAM.

Bobby Joe Simms (Simms) appeals the district court's[1] sentence of 57 months' imprisonment for being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). The court ordered Simms's sentence to run concurrently with a state sentence for drug-trafficking convictions. On appeal, Simms's counsel moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967). Counsel in his Anders brief and Simms in a pro se supplemental brief argue the district court violated the Fifth and Sixth Amendments by using judge-found facts at

———————

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

sentencing, which were neither admitted by Simms nor proven to a jury beyond a reasonable doubt, to support the enhancements to Simms's base offense level.

We hold there was no <u>Booker</u> error because the district court did not treat the Guidelines as mandatory.  <u>See</u> <u>United States v. Booker</u>, 543 U.S. 220, 311-14 (2005); <u>United States v. Hines</u>, 472 F.3d 1038, 1040 (8th Cir. 2007) (per curiam) (concluding after <u>Booker</u> judges can make factual findings as long as the United States Sentencing Guidelines are treated as advisory).

Having reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.  Accordingly, we grant counsel's motion to withdraw and we affirm.

_____